UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JEFFREY P. BOREL                                    CIVIL ACTION

VERSUS                                              NO. 21-2068

HARVEY GULF INTERNATIONAL                           SECTION M (5)
MARINE, INC., *et al.*

## ORDER & REASONS

Before the Court is a motion for summary judgment filed by defendant Harvey Gulf International Marine, LLC ("Harvey Gulf"), arguing that there is no evidence that it breached any duty owed to plaintiff Jeffrey P. Borel or that any negligence on its part caused Borel's injuries.[1] Plaintiff Jeffrey P. Borel responds in opposition, pointing to disputed issues of material fact that he says bear upon Harvey Gulf's negligence and render summary judgment inappropriate.[2] Harvey Gulf replies in further support of its motion, reiterating the arguments raised in its motion.[3]

Having considered the parties' memoranda, the record, and the applicable law, the Court agrees that Borel has identified genuine disputes of material fact, citing and supplying sufficient supporting evidence to preclude summary judgment.  Accordingly,

IT IS ORDERED that Harvey Gulf's motion for summary judgment (R. Doc. 42) is DENIED because there are disputed issues of material fact regarding Harvey Gulf's alleged negligence.[4]

---

[1] R. Doc. 42.
[2] R. Doc. 55.
[3] R. Doc. 57.
[4] Given the disposition of Harvey Gulf's motion, Borel's motion for leave to file supplemental briefing (R. Doc. 50) and motion to expedite same (R. Doc. 59) are DENIED AS MOOT.

New Orleans, Louisiana, this 13th day of June, 2024.


BARRY W. ASHE
UNITED STATES DISTRICT JUDGE