UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JEFFREY P. BOREL                                                CIVIL ACTION

VERSUS                                                          NO. 21-2068

HARVEY GULF INTERNATIONAL                                       SECTION M (5)
MARINE, INC., *et al.*

## ORDER & REASONS

Before the Court is a motion for summary judgment filed by defendant Shell Offshore Inc. ("Shell"), arguing that there is no evidence that it breached any duty owed to plaintiff Jeffrey P. Borel or that any negligence on its part caused Borel's injuries.[1]  Borel responds in opposition, pointing to disputed issues of material fact that he says bear upon Shell's duty and negligence and render summary judgment inappropriate.[2]  Shell replies in further support of its motion, reurging that Borel cites no evidence or law establishing that Shell, as time charterer, assumed the duty to provide a safe means of embarkation or disembarkation to passengers.[3]

Having considered the parties' memoranda, the record, and the applicable law, the Court finds that Borel has identified genuine disputes of material fact, citing and supplying sufficient supporting evidence, to preclude summary judgment.  Accordingly,

IT IS ORDERED that Shell's motion for summary judgment (R. Doc. 60) is DENIED because there are disputed issues of material fact regarding Shell's alleged duty and negligence.

---

[1] R. Doc. 60.
[2] R. Doc. 76.
[3] R. Doc. 77.

New Orleans, Louisiana, this 22nd day of August, 2024.

                                              BARRY W. ASHE
                                              UNITED STATES DISTRICT JUDGE